# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION

| | |
|---|---|
| **Gilbert Bobby Nelson,** | ) <br> ) <br> ) |
| **Plaintiff,** | ) <br> ) |
| v. | ) Civil Action No. <br> ) 12-0710-CV-W-JTM |
| **Carolyn W. Colvin,** | ) <br> ) |
| **Defendant.** | ) <br> ) <br> ) |

## O R D E R

On August 2, 2013, the Court heard oral argument on the *Nelson Initial Brief,* filed October 25, 2012, [Doc. 7] and the *Brief For Defendant*, filed January 7, 2013, [Doc. 10]. After due consideration of the issues presented, and for the reasons set forth by the Court at the conclusion of the oral argument, it is

**ORDERED** that the conclusion of the Commissioner is **AFFIRMED**.

                                              */s/ John T. Maughmer*
                                               **JOHN T. MAUGHMER**
                                           **U. S. MAGISTRATE JUDGE**