# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| **Gilbert Bobby Nelson,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 12-0710-CV-W-JTM |
| **Carolyn W. Colvin,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

## O R D E R

On August 2, 2013, the Court heard oral argument on the *Nelson Initial Brief,* filed October 25, 2012, [Doc. 7] and the *Brief For Defendant*, filed January 7, 2013, [Doc. 10]. After due consideration of the issues presented, and for the reasons set forth by the Court at the conclusion of the oral argument, it is

**ORDERED** that the conclusion of the Commissioner is **AFFIRMED**.


                */s/ John T. Maughmer*
                **JOHN T. MAUGHMER**
                **U. S. MAGISTRATE JUDGE**